## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

MICHAEL DUFFY, )
)
     Plaintiff, )
)
v. ) Civ. No. 09-198-SLR/SRF
)
KENT COUNTY LEVY COURT, )
)
     Defendant. )

## ORDER

At Wilmington this |0↑ day of March, 2014, having considered the Report and

Recommendation issued by United States Magistrate Judge Sherry R. Fallon on

February 11, 2014, and upon the expiration of the time allowed for objections pursuant

to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

    IT IS ORDERED that:

    1. Magistrate Judge Fallon's Report and Recommendation (D.I. 260) is adopted.

    2. Plaintiff's motions (D.I. 237, 241, 246, 249, 253) are denied.

    3. Defendant's motion for summary judgment (D.I. 238) is granted.

    4. The Clerk of Court is directed to enter judgment in favor of defendant and

against plaintiff.

United States District Judge